IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOSHUA RAHYMES, | * |
| Plaintiff, | * |
| v. | Case No.   1:24-cv-120-WLS |
| | * |
| | * |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant, | |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 24, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 24th day of April, 2025.

David W. Bunt, Clerk

s/ Dennis Tomlinson, Deputy Clerk